IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:24-CV-00802-KDB-SCR

AARON MACOM,

        Plaintiff,

v.

LENDINGTREE, LLC, et. al.,

        Defendants.

**ORDER**

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Steven M. Nathan and James J. Pizzirusso]" (Doc. Nos. 4-5) filed September 13, 2024. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: September 13, 2024

*Susan C. Rodriguez*
Susan C. Rodriguez
United States Magistrate Judge